IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE NIXON, JR.                                                                                   PLAINTIFF

v.                                        No. 3:16CV00326-JLH-JTK

LARRY MILLS, Sheriff, Poinsett County                                          DEFENDANT

### ORDER

Nixon has not responded to this Court's November 10, 2016 Order directing him to pay the $400 filing fee for this action or file a motion to proceed *in forma pauperis* within thirty days. Document #3. The copy of the Order sent to Nixon was returned to the Court as undeliverable on November 22, 2016. Document #5. Therefore, the Court finds Nixon's complaint should be dismissed without prejudice for failure to prosecute.[1] Accordingly,

IT IS, THEREFORE, ORDERED that Nixon's complaint is DISMISSED without prejudice for failure to prosecute. An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 14th day of December, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. . . . If any communi-cation from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .