# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE NIXON, JR.                                                                        PLAINTIFF

v.                                       No. 3:16CV00326-JLH-JTK

LARRY MILLS, Sheriff, Poinsett County                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 14th day of December, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE